

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2021

No. 04-21-00491-CV

**IN RE GHK ENTERPRISES, LP** and Glenn H. Kothman

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 20-07-00185CVF
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Lori I. Valenzuela, Justice

On November 5, 2021, relators filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than November 29, 2021.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

On November 9, 2021, relators filed a motion for temporary relief requesting a temporary stay of the trial court order compelling production. The request for temporary relief is GRANTED. The trial court's September 29, 2021 "Order on Rincon's Motion to Compel Inspection of Books and Records" is STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** November 10, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT